United States District Court
Southern District of Texas
**ENTERED**
April 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
For the SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

Plaintiff

v.

Case No. 5:17-po-1481-1
Magistrate Judge D. Song Quiroga

Luis Gustavo Garcia-Aguilar

Defendant

---

## JUDGMENT

On **April 24 2017,** the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of knowingly and willfully aiding and abetting the attempted illegal entry of illegal alien (s), into the United States by a willfully false or misleading representation or the willful concealment of a material fact, in violation of Title 8 , United States Code, Section 1325 (a)(3) and Title 18, United States Code, Section (a)(2), as charged in the Criminal Complaint, and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 160 days confinement. Defendant has 14 days to appeal.

A $10.00 special assessment is imposed.

DONE at Laredo, Texas, on **April 24, 2017**.

---
**DIANA SONG QUIROGA**
**UNITED STATES MAGISTRATE JUDGE**